IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-41005
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KENDRICK DEROY ALLEN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:94-CR-1-1
- - - - - - - - - -
July 26, 1996

Before GARWOOD, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In this direct criminal appeal, Kendrick Deroy Allen argues
that the district court erred in denying his motion to suppress
evidence obtained as a result of an illegal stop of the vehicle
in which he was a passenger.  Allen also argues that his
statement was involuntarily obtained under coercive conditions
and after he had invoked the right to counsel.

We have reviewed the record, including the transcript of the
hearing on the motion to suppress, the opinion of the district

_____

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

court, and the briefs, and find that the denial of the motion to suppress should be affirmed substantially for the reasons adopted by the district court.  See United States v. Kendrick, No. 94-CR-1-1 (E.D. Tex. Aug. 3, 1995).

AFFIRMED.